IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Case No. **04-K-1323 (PAC)**

IN RE:

**WESTERN INTEGRATED NETWORKS, LLC, ET AL.,**

    Debtors.

**TOM H. CONNOLLY, as liquidating trustee of the Consolidated WIN Liquidating Trust**,

    Plaintiff,

v.

COMMSCOPE, INC. OF NORTH CAROLINA, and
**COMMSCOPE, INC.,**

    Defendants.

**ORDER DISMISSING CASE WITH PREJUDICE**

THIS COURT, having reviewed the Stipulated Motion to Dismiss Case with Prejudice field by Plaintiff Tom H. Connolly, as the liquidating trustee of the Consolidated WIN Liquidating Trust and Defendants CommScope, Inc. of North Carolina and CommScope, Inc., and being advised of the premises and good cause having been shown, hereby:

ORDERS that the above-captioned case is DISMISSED with prejudice, with each party to pay its own attorney fees and costs.

Dated: August 3, 2005.

                              BY THE COURT:

                              s/John L. Kane
                              John L. Kane
                              United States District Judge